UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICK MULLONEY,

    Plaintiff,

v.                                            Case No: 8:13-cv-2783-T-30TBM

FLORIDA DEPARTMENT OF
TRANSPORTATION,

    Defendant.
_____

**ORDER OF DISMISSAL**

    Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #74).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 23rd day of March, 2015.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-2783 dismiss 74.docx